UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF EYMARD
BROTHERS TOWING COMPANY, INC.,
AS OWNER OF THE M/V DIXIE LEE
EYMARD FOR EXONERATION FROM OR
LIMITATION OF LIABILITY

CIVIL ACTION NO.

SECTION

JUDGE

MAG. JUDGE

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

NORMAN J. DUFOUR, JR.

who, after being duly sworn, did depose and say that he is a certified marine surveyor and appraiser

with Dufour, Laskay & Strouse, Inc., and has continually worked as a marine surveyor since 1977;

that he is certified by the National Association of Marine Surveyors and is a senior commercial

marine appraiser with the American Society of Appraisers; that he has been accepted as an expert

witness in the field of marine surveying and appraisal by the United States District Courts in

Louisiana and various Louisiana state courts on multiple occasions; that he is familiar with the

M/V DIXIE LEE EYMARD; that he is fully familiar with the design, type, and class of vessel

such as the M/V DIXIE LEE EYMARD and is familiar with the market for such vessels in the

United States; that, based upon his knowledge and experience, he is of the opinion that under the

foregoing circumstances, the M/V DIXIE LEE EYMARD had a fair market value of TWO

MILLION ONE HUNDRED AND TEN THOUSAND 00/100 ($2,110,000.00) DOLLARS as of

September 15, 2024.

SWORN TO AND SUBSCRIBED
before me, this
15 day of Aug, 2025.

_____
NOTARY PUBLIC

NORMAN J. DUFOUR, JR.